JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5247RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| DONALD STREICH, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Affidavit of Russell V. Leonard and Memorandum in Support of the Motion;

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender Russell V. Leonard, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Mr. Leonard will remain as counsel until new counsel has been appointed.

IT IS SO ORDERED this 31st day of August, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by

*/s/ Russell V. Leonard*

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*U.S. v. Donald Streich*, NO. CR05-5247RBL – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington  98402

1 RUSSELL V. LEONARD
Attorney for Defendant

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*U.S. v. Donald Streich*, NO. CR05-5247RBL – page 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington  98402