JUDGE LEIGHTON

FILED _____ LODGED
_____ RECEIVED

NOV 1 5 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) DONALD STREICH, ) ) Defendant. ) | No. CR 05-5247 RBL ORDER GRANTING CONTINUANCE OF TRIAL DATE |

The Court has reviewed the pleadings and, for the reasons stated below, the unopposed motion to continue the trial date is **GRANTED**.

In view of the foregoing, the Court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the Government and the defense the reasonable time necessary for

ORDER
1

**Daly and MacFie**
Attorneys at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-272-1956 FAX: 253-272-2135

05-CR-05247-ORD

1  effective preparation taking into account the exercise of due
2  diligence. Title 18 U.S.C. Sec. 3161(h)(8)(B)(iv).

3      2. The ends of justice served by granting the requested
4  continuance outweigh the interests of the public and the
5  defendant in a speedy trial. Title 18 U.S.C. Sec. 3161(h)(8)(A).

**ACCORDINGLY:**

The Jury Trial is **CONTINUED** to _Monday_, the 30th day of _January_, 2006 at 9:00 a.m.

The Pretrial Conference is rescheduled to _Thursday_, the 19th day of _January_, 2006 at 8:30 a.m./p.m.

The Motions Cutoff date is extended to _Dec 13, 2005_.

**IT IS SO ORDERED** this 15th day of _November_, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

ORDER
2

Daly and MacFie
Attorneys at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-272-1956 FAX: 253-272-2135